[No. 31191-3-I.  Division One.  May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO PONCE ASTORGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00215-5, Richard M. Ishikawa, J., entered

July 8, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Agid, J.